**Order entered May 3, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00772-CR**
**No. 05-20-00773-CR**

**EVERETT GRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-71448-I & F15-55801-I**

**ORDER**

Before the Court is the State's April 29, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on May 14, 2021.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE